In the Matter of ALFRED E. JORDAN, as Mayor of the Village of Great Neck Estates, et al., Appellants, against LEWIS J. SMITH, County Judge of the County of Nassau, et al., Respondents.

(Argued June 11, 1930; decided July 8, 1930.)

*Edward S. Bentley* and *William R. Conklin* for appellants.

*Erastus J. Parsons* and *James L. Dowsey* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.